UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RESTORATION HARDWARE, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> EVER ENERGY INC., <br><br> Defendant. | Case No.  16-cv-00323-JCS <br><br> **ORDER DENYING AS MOOT MOTION TO DISMISS COUNTERCLAIMS** <br><br> Re: Dkt. No. 13 |

Plaintiffs Restoration Hardware, Inc. and RH US, LLC (collectively, "Restoration") moved to dismiss the counterclaims filed by Defendant Ever Energy Inc. dba Rustica Hardware ("Rustica").  *See* dkt. 13.  Rustica filed amended counterclaims in response to Restoration's motion.  *See* dkt. 15.  In their joint case management statement, the parties agree that the amended counterclaims moot Restoration's motion to dismiss.  Dkt. 22 at 3−4.  The motion is therefore DENIED AS MOOT, and the hearing set for April 29, 2016 is VACATED.[1]  The case management conference set for April 22, 2016 remains on calendar.

**IT IS SO ORDERED.**

Dated: April 18, 2016

_____
JOSEPH C. SPERO
Chief Magistrate Judge

_____

[1] The parties have consented to the jurisdiction of the undersigned magistrate judge for all purposes pursuant to 28 U.S.C. 636(c).